# EMERGENCY NOTICE OF ONGOING CONSTITUTIONAL HARM AND REQUEST FOR IMMEDIATE ACTION

**Filed by Appellant Leroy Carrillo Jr.**
**BAP Appeal No. 25-14**

---

## TO:

Clerk of the Court
United States Bankruptcy Appellate Panel
Tenth Circuit

## FROM:

Appellant Leroy Carrillo
Pro Se Litigant

## DATE:

July, 28, 2025

---

## INTRODUCTION

This Emergency Notice is submitted to alert the Panel that **irreparable harm is ongoing**, and no court has acted to restore or return the personal funds that were unlawfully taken from me in violation of constitutional and statutory protections. The lower court has permitted abuse of process, financial exploitation, false filings, and outright silencing — and now this Panel alone has the power to stop the ongoing damage.

I submit this not to repeat arguments already briefed, but to make one thing unmistakably clear: the amount of money taken from me unlawfully has yet to be revealed by the thieves. . though what is reported in the lower court, **was taken from me and has not been returned. What was done to me has not been corrected. And the authority to act now rests squarely with this Court. I am not trying to be abrasive, but please realize that extreme judicial tactics were used against me all to enrich the professionals involved . Leaving me without.**

---

## SUMMARY OF EMERGENCY HARM

- My **sealed 1993 Chapter 7 case** was **reopened without notice** or due process.

- A **forged Form 106** was submitted bearing my name.

- My **personal abuse survivor award** — meant for healing and recovery — was **intercepted and depleted** through unauthorized legal fees and misappropriation.

- I was **denied the right to be heard**, silenced in hearings, and treated as a procedural inconvenience rather than a human being and a legal party with full standing.

- The lower court, under **Judge Robert H. Jacobvitz**, not only allowed this, but ratified it.

- Despite documented objections, **no action has been taken** to return my property or to acknowledge these violations.

---

## LEGAL AND MORAL RESPONSIBILITY NOW RESTS WITH THIS PANEL

This Court is now fully on notice that:

- The deprivation of my property **violates the Fifth Amendment**, and

- The process by which that deprivation occurred was riddled with misconduct that undermines the legitimacy of every order that followed.

The federal courts are not immune from accountability. The failure of the lower court to protect even the most basic rights of a pro se survivor is not a matter of discretion — it is a matter of constitutional law and human decency.

This Panel now holds the opportunity to act **and to the beginning of righting the irreparable harms that already exist. I am a living breathing human being, I have  feelings, and am being treated like a stray dog. While those who have wronged me live the life of Riley, with my money.  how difficult is it to choose Right over Wrong?   Wronged first by the church and then by a federal proceeding , this should have already been corrected , but that's not the case is it? I sure would be obliged if somebody would help me out and do the right thing. Please make an attempt to view me as one who when accidentally gets cut, he bleeds real blood. PLEASE!!!!!**

---

## REQUEST FOR IMMEDIATE ACTION

I respectfully urge the Bankruptcy Appellate Panel to:

1. **Acknowledge this Emergency Notice in the record;**

2. **Issue an interim order** stating that the unaccounted for 43.9million dollars  of the 126.9million dollars set aside for victim recovery , be accounted for and distributed to the victims as it is provided for RECOVERY and any money missing be replaced immediately. This fund is being pilfered without a doubt by attorneys.

3. **Order the immediate return of any funds taken without valid judicial authority or informed consent;**

4. **Acknowledge on the record** that due process violations and property misappropriation have been proven and must be reviewed as a matter of urgency, not convenience.

5. **Review the proposed settlement letter**
   An act to settle with dignity for the litigant, bearing consideration for the BAP, and Judicial Responsibility. And law prescribed penalties for those committing criminal acts against appellant . Be accepted.

---

## CLOSING WORD

My property was illegally taken from me through the illegal use of bankruptcy law by the Catholic Church, two federal Judges,  (7) seven law firms, (2)trustees, and The US trustee herself, and I am still waiting for justice. Now if this was a case of he said , she said , I could understand the delay, but it is not , the clarity of allegations is in your hands , taken directly from the docket itself, it leaves no question or room for litigation or consultation, only action by this court's obligation to uphold the constitution  of The United States of America

> I am not seeking delay. I am seeking dignity.
>  I am not seeking sympathy. I am seeking  what is mine and remedy.
>
> The lower court failed me completely. This Panel now holds the power — and the responsibility — to ensure that justice begins here, not decades from now. Popular consensus is that delay is a court's hope for a litigant to give up , or run out of resources to continue the fight. I am already on the streets at the hands of a lower court. Will I be made responsible for more?
>
> The law must belong to survivors,  and the people, not to the system that failed them, or a court's decision to protect white collar criminals.

Respectfully submitted,
 **Leroy Carrillo Jr.**

Appellant, Pro Se