# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | | |
|---|---|---|
| IN RE | Leroy Carillo, Jr. Barbara Carillo | BAP No. 25-14 |
| | Debtor. | |
| v. | Mr. Leroy Carillo Jr. and Barbara Carillo<br><br>Appellant, v.<br><br>Phillip J. Montoya, Rothstein Donatelli LLP, Carolyn M. Nichols, Askew Law Firm, James I. Stang, Eric Schwartz, Davis Miles Law Firm<br><br>Appellee. | Bankr. No. 93-10091-J7<br>Adv. No.<br>Chapter 7 |

## ONE DOCUMENT
(Combined Statement of Admission to Practice, Statement of Interested Parties, and Statement Regarding Oral Argument pursuant to Tenth Circuit BAP Local Rule 8003-2(d))

**Statement of Admission to Practice or Statement Regarding Pro Se Status**

Pursuant to Tenth Circuit BAP Local Rule 8003-2(a), the undersigned attorney, counsel for **James I. Stang** , **Appellee** , in the subject case
          [*Party Name*]      [*Appellant or Appellee*]

states that **he** he or she is admitted to practice before this Court in compliance with

Tenth Circuit BAP Local Rule 8026-2(a), or that **he** he or she is appearing pro se.

## Statement of Interested Parties[*]

James I. Stang, pursuant to Tenth Circuit BAP Local Rule 8003-2(b), hereby submits the following:

1. Names of interested parties who are not listed in the notice of appeal (L.R. 8003-2(b)(1)):

    ☐ _____

    ■ There are no such parties.

2. Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (L.R. 8003-2(b)(2)):[**]

    ☐ _____

    ■ There are no such parent or publicly held corporations.

3. Names of any attorneys who have previously appeared but who have not entered an appearance in this Court (L.R. 8003-2(b)(3)):

    ☐ _____

    ■ There are no such prior attorneys.

4. *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

    a. List each debtor not named in the caption (Fed. R. Bankr. P. 8012(b)):

    ☐ _____

    ☐ There are no debtors not named in the caption.

---

[*]   This form is used for conflicts checking purposes.
[**]  See 11 U.S.C. § 101(9) for the definition of "corporation."

b. For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (8003-2(b)(2)):

☐ _____

☐ There are no such parent or publicly held corporations.

# Statement Regarding Oral Argument

__James I. Stang__, pursuant to Tenth Circuit BAP Local Rule 8003-
   [*Appellant or Appellee*]

2(c), hereby submits the following statement regarding oral argument:

☐ Oral Argument is REQUESTED.

■ Oral argument is NOT REQUESTED.

/s/ James I. Stang
_____
*Signature*
*Name* James I. Stang
*Address* 10100 Santa Monica Blvd, Floor 13, Los Angeles, CA 90067
*Phone No.* (310) 277-6910
*ECF E-mail Address* jstang@pszjlaw.com

*Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).*

# PROOF OF SERVICE

## UNITED STATES BANKRUPTCY APPELLATE PANEL OF THE TENTH CIRCUIT

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003.

On August 14, 2025, I served true copies of the following document(s) described as  on the interested parties in this action as follows:

Statement of Admission to Practice or Statement Regarding Pro Se Status – James. I Stang

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Pachulski Stang Ziehl & Jones LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address oadler@pszjlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2025, at Los Angeles, California.

*/s/ Osamu J. Adler*
Osamu J. Adler

| 3 | **By First Class, Postage Prepaid:** |
|---|---|
| 4 | Leroy Carillo, Jr. |
|   | 5739 Isleta Blvd SW |
| 5 | Albequerque, NM 87105 |
| 6 | Philip J. Montoya |
|   | 505/244-1152 |
| 7 | P.O. Box 159 |
|   | Albuquerque, NM 87103-0415 |
| 8 | |
|   | Rothstein Donatelli LLP |
| 9 | 500 4th Street NW |
|   | Albuquerque, NM 87102 |
| 10 | |
|   | Askew Law Firm LLC |
| 11 | Ste. 1 |
|   | 1122 Central Ave SW |
| 12 | Albuquerque, NM 87102 |
| 13 | Davis Miles Law Firm |
|   | 320 Gold Ave. |
| 14 | Albuquerque, NM 87101 |
| 15 | **By Email:** |
| 16 | Stuart B. Rodgers – |
|   | stuart.rodgers@nhrslaw.com |
| 17 | |
|   | Carolyn M. Nichols – |
| 18 | cmnichols@rothsteinlaw.com |
| 19 | Alejandro Alvarado- aalvarado@rothsteinlaw.com |
| 20 | Donna M. Connolly – dconnolly@rothsteinlaw.com |
| 21 | James A. Askew – jaskew@askewlawfirm.com |
| 22 | Eric Schwartz – eric@omnimgt.com |
| 23 | Ronald E. Holmes – rholmes@davismiles.com |
| 24 | **By Electronic Noticing:** |
| 25 | Stuart B. Rodgers - stuart.rodgers@nrhslaw.com |
| 26 | James I. Stang – jstang@pszjlaw.com |
| 27 | |
| 28 | |