# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE LEROY CARRILLO, JR. and BARBARA CARRILLO,<br><br>　　　　Debtors.<br>_____<br><br>LEROY CARRILLO, JR.,<br><br>　　　　Appellant,<br><br>v.<br><br>PHILIP J. MONTOYA, Chapter 7 Trustee, ROTHSTEIN DONATELLI LLP, ASKEW LAW FIRM, JAMES I. STANG, ERIC SCHWARTZ, and DAVIS MILES LAW FIRM,<br><br>　　　　Appellees. | BAP No. NM-25-014<br><br><br>Bankr. No. 93-10091<br>Chapter 7<br><br><br>ORDER |

_____

The matter before the Court is Appellees' *Motion to Extend Response Brief Deadline* ("Motion"). Pursuant to Federal Rule of Bankruptcy Procedure 8013(b), it is HEREBY ORDERED that the Motion is Granted. The response brief is due by September 17, 2025, for Appellees Rothstein Donatelli LLP, Davis Miles Law Firm, and James I. Stang.

　　　　　　　　　　　　　　　　　　　　For the Panel

　　　　　　　　　　　　　　　　　　　　*Anne Zoltani*

　　　　　　　　　　　　　　　　　　　　Anne Zoltani
　　　　　　　　　　　　　　　　　　　　Clerk of Court