# U.S. Bankruptcy Appellate Panel of the Tenth Circuit



**Oral Argument Session**
**Friday, February 27, 2026**
**(Remote via Zoom)**

<u>Judges Romero, Loyd, and Hunt</u>

**10:30 MT a.m.**

NM-25-14, Leroy Carrillo, Jr. v. Philip Montoya, et al