Bankruptcy Appellate Panel of the Tenth Circuit Office of the Clerk

Anne Zoltani
Clerk of Court

Byron White U.S. Courthouse
1823 Stout St., Denver, CO 80257
(303) 335-2900

## Oral Argument Acknowledgment Form
(Notification of Appearance pursuant to Tenth Circuit BAP Local Rule 8019-1(c))

Case Name: Leroy Carrillo, Jr. v. Philip Montoya, et al.

BAP No.: 25-14

Argument Date/Time: February 27, 2026 at 10:30 a.m.

Argument Location: Remote Via Zoom

Please complete the above form to indicate your case details and the date and time that the Court has scheduled your oral argument.

The following attorney or pro se party will appear and conduct oral argument and hereby certifies that they have received notification of the setting of the above appeal for oral argument. *(If the arguing attorney has not already done so, a statement of admission to practice must be filed with this form.)*

Arguing attorney
or pro se party: James I. Stang, Esq.    Phone: 310-277-6910
Address: 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067
Party Represented: James I. Stang, Pachulski Stang Ziehl & Jones LLP
Signature: /s/ J. Stang
Date: November 19, 2025

**If the party does not intend to appear for oral argument, please notify the Clerk's Office at (303) 335-2900**

CERTIFICATE OF SERVICE
Leroy Carrillo, Jr. v. Philip J. Motoya, et al.
BAP No. NM-25-014

I, Sophia Lee, hereby certify that on November 19, 2025, copies of the *Oral Argument Acknowledgement Form* was sent electronically and by U.S. mail to the following persons:

Electronically:

Leroy Carrillo Jr.
5739 Isleta Blvd Sw
Albuquerque, NM 87105
Email: Phyzekecontracting@gmail.com

Donna M. Connolly
Rothstein Donatelli LLP
500 4th Street NW
Albuquerque, NM 87102
Email: dconnolly@rothsteinlaw.com

Philip J. Montoya
P.O. Box 159
Albuquerque, NM 87103-0415
Email: pmontoya@swcp.com

Carolyn M Nichols
Rothstein Donatelli LLP
500 4th Street NW
Albuquerque, NM 87102
Email: cmnichols@rothsteinlaw.com

Stuart B. Rodgers
Nach, Rodgers, Hilkert & Santilli
1220 E Osborn Rd, Ste 101
Phoenix, AZ 85014
Email: Stuart.Rodgers@NRHSLaw.com

U.S. Mail

Davis Miles Law Firm
Davis Miles Law Firm
320 Gold Ave.
Albuquerque, NM 87101

Dated: November 19, 2025

                                                  *Sophia Lee*
                                                  Sophia Lee