UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE TENTH CIRCUIT

In re:
LEROY CARRILLO, JR., and BARBARA CARRILLO,
Debtors.

LEROY CARRILLO, JR., and Bafrbara Carrillo

Appellants,

v.

PHILIP J. MONTOYA, Chapter 7 Trustee;
ROTHSTEIN DONATELLI LLP; 3 offices
CAROLYN "CAMMIE" NICHOLS;
ASKEW LAW FIRM;
JAMES I. STANG;
ERIC SCHWARTZ;/ Omni Group
RON HOLMES
DAVIS MILES LAW FIRM; and
ARCHDIOCESE OF SANTA FE,
Appellees.

BAP No. 25-14

# Motion to add the ADSF,as Appellee

1. Who the BAP says the parties are (and who is missing)

From the top of the docket:

Leroy Carrillo, Jr. v. Philip Montoya, et al"

And in the detailed party list, the only appellees the BAP recognizes are:

* Philip J. Montoya, Chapter 7 Trustee
* Rothstein Donatelli LLP (and its attorneys, including Carolyn M. Nichols)
* Askew Law Firm
* James I. Stang (Pachulski Stang)
* Eric Schwartz (Omni)
* Davis Miles Law Firm (and Ronald Holmes, etc.)

**Notably missing:**

* **Archdiocese of Santa Fe** – not listed anywhere as an appellee on this BAP docket.
* Barbara Carrillo – appears only in the "In re Leroy and Barbara Carrillo, Debtors" caption at the bottom, but she is not listed as an appellant. Only (Leroy) is treated as the appellant.

This confirms the BAP's official record, the institution (ADSF) is invisible as a party, while the professionals and firms are all front and center. That is exactly the kind of structural shielding I have been describing, it is this side stepping that occurred in the base case, #93-10091 that prompted the filing of appeal #25-14

I did try to correct this, which brings us to…


2. My attempt to correct the caption (and how it looks on the docket)

On 08/14/2025, docket entry 41.

Notice of Correction to Caption and Affirmation of Fairness filed by Appellant Leroy Carrillo, Jr.

So, in the BAP's own record, I:

* Filed a document specifically about the caption,
* Tied it to fairness, , not wanting the caption to erase people / entities, or events.

But **after** that filing, the docket header still reads:

"**Leroy Carrillo, Jr. v. Philip Montoya, et al**"

and **ADSF is still not added** anywhere as a party.

That sets up a clean discrepancy

* I raised the caption issue in writing (Entry 41).
* The Court left the caption and party list as-is, continuing to exclude ADSF.


3. Premature dismissal for "failure to prosecute"

**This is one of the most glaring procedural problems:**

* **06/18/2025 – Entry 13**

  > Order Granting Motion for Extension of Time
  > "Appellant's brief and appendix due **07/18/2025**…

So, my official deadline for opening brief + appendix: **July 18, 2025.**

* **07/09/2025 – Entry 16**

  "DISPOSITION: Default. Procedural termination without judicial action. Order DISMISSING Appeal for Failure to Prosecute… CASE CLOSED."

**BAP dismissed** my appeal for "failure to prosecute" on **July 9, 2025**, **nine days before the deadline** even arrived.

* **07/09/2025 – Entry 17 (same date)**

  BRIEF: Opening Brief filed by Appellant Leroy Carrillo, Jr.

I filed my opening brief the *same day* BAP entered the dismissal.

* **07/16/2025 – Entry 19**

  **REOPENED: BAP case number NM-25-14 reopened**

So, the sequence is:

1. The court extends my deadline to 7/18/2025.
2. Court dismisses My appeal for "failure to prosecute" on **7/9 /2025**before that deadline.

3

3. I filed my opening brief the same day BAP dismissed.
4. **BAP later reopened the case on 7/16.**

That is a very clear, objective procedural irregularity:

* Dismissal for failure to prosecute **before** the extended deadline,
* Followed by reopening after I had actually filed.

This supports my arguments about **unfair treatment** and **procedural mishandling**, completely aside from the content of my case.

4. My emergency motion and lack of clear, transparent rulings

On **07/30/2025 – Entry 25**:

> "**Construed motion** filed by Appellant… to:
>
> * acknowledge this emergency notice in the record,
> * issue an interim order,
> * order the immediate return of any funds taken without valid judicial authority or informed consent,
> * acknowledge on the record due process violations and property misappropriation, and
> * review the proposed settlement letter."

This is my **emergency, life-and-property motion**.

There are multiple responses:

* **08/06/2025 – Entries 29 & 30** – Responses from Davis Miles & Rothstein Donatelli.
* **08/07/2025 – Entry 31** – Joined by Montoya.
* **08/13/2025 – Entry 35** – My**Reply** to those responses.

But the docket shows **no clearly labeled order** on **Motion [25]**. The only later order we see is:

* **09/08/2025 – Entry 45**

  > "ORDER: Order filed by Judges ROMERO, PARKER and THURMAN. All parties served. Service Date: 09/08/2025."

**But the docket text doesn't say **what** that order decided.**

That's another discrepancy / fairness issue: **no clear, transparent resolution of a major emergency motion on the face of the docket.**

5. My constitutional emergency filings

On **09/17/2025, I filed:**

* **Entry 47** – "Statement of Constitutional Violations Case #93-10091…"
* **Entry 48**– "Notice of Ongoing Constitutional Harm and Human Emergency…"

These are recorded as **\*DOCUMENT"**, not as motions or briefs. That means:

* They are in the record,
* But the docket (as shown) doesn't reflect any order or explicit action on them.

6. Where Barbara appears and where she doesn't

At the bottom, the full caption reads:

 "IN RE LEROY CARRILLO, JR. and BARBARA CARRILLO, Debtors."
Then:
"LEROY CARRILLO, JR., Appellant, v. … [list of Appellees]

So:

* Barbara is recognized as a Debtor in the underlying case,
* But the BAP treats only me (Leroy) as the appellant in this appeal.

My intention was that Barbara is also a co-claimant or co-appellant, this is another point where:

* The Court's framing does not match my understanding of who's harmed / represented in this appeal.

1. **Premature Dismissal for Failure to Prosecute**

   * Docket Entries: 13 (06/18/2025), 16 (07/09/2025), 17 (07/09/2025), 19 (07/16/2025)

* What Happened:** Court extended the deadline for opening brief to 07/18/2025; then dismissed appeal on 07/09/2025 for "failure to prosecute" before that deadline, then reopened the case after Appellant filed his brief.
   * Shows irregular and prejudicial handling of the appeal; dismissal entered before the due date, despite trauma context.

2. **Omission of Archdiocese of Santa Fe as Appellee**

   * Docket Entries: Case header; party list; caption block; Entry 41 (My Notice of Correction to Caption and Affirmation of Fairness).
   * What Happened: BAP lists only professionals and firms as appellees; ADSF is omitted entirely as a party. I filed a Notice to correct the caption and ask for fairness, yet the docket header remains "v. Philip Montoya, et al" with no ADSF.
   * Continues structural shielding of the Church entity that benefited from the harm; erases ADSF from formal accountability in the appeal despite its central role in My withheld award.

3. **Lack of Clear Ruling on Emergency Motion** for Immediate Return of Funds and Due Process Violations

   * Docket Entries: 25 (My motion), 29–31 (responses), 35 (My reply), 45 (order with no description).
   * What Happened: I filed a detailed emergency motion seeking immediate relief and acknowledgment of due process/property violations. Appellees responded and I replied. The panel later issued an order (Entry 45) without docket text indicating how Motion [25] was resolved.
   * Makes it difficult to see whether and how the Court grappled with My core due process and constitutional harm arguments; supports My claim of being silenced and minimized.

4. **Unaddressed Constitutional Harm Filings**

   * **Docket Entries: 47 and 48.**
   * I filed a "Statement of Constitutional Violations" and a "Notice of Ongoing Constitutional Harm and Human Emergency." They are **docketed** as generic "DOCUMENT[s]," **with no corresponding order showing what the Court did with them.**
   *Shows that repeated written notice of constitutional harm and human emergency appears in the record but is not substantively engaged with on the face of the docket.

5. **Barbara's Status**

   * **Docket Caption:** Recognizes "IN RE LEROY CARRILLO, JR. and BARBARA CARRILLO, Debtors," but only "Leroy" is the Appellant.
   * Barbara is also harmed by the withholding / diversion and should be a co-claimant, the appellate framing does not recognize her role.

Renewed Notice And Motion to correct Caption And Identify All Appellees

UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE TENTH CIRCUIT

In re:
LEROY CARRILLO, JR., and BARBARA CARRILLO,
Debtors.

LEROY CARRILLO, JR., and Bafrbara Carrillo

Appellants,

v.

PHILIP J. MONTOYA, Chapter 7 Trustee;
ROTHSTEIN DONATELLI LLP; 3 offices
CAROLYN "CAMMIE" NICHOLS;
ASKEW LAW FIRM;
JAMES I. STANG;
ERIC SCHWARTZ;/ Omni Group
RON HOLMES
DAVIS MILES LAW FIRM; and
ARCHDIOCESE OF SANTA FE,
Appellees.

BAP No. 25-14

- RENEWED NOTICE OF CAPTION DISCREPANCY,
- MOTION TO CORRECT CAPTION AND APPELLEE LIST,
- AND RESERVATION OF RIGHTS

Appellant, Leroy Carrillo, Jr., appearing pro se, respectfully states:

1. Prior Notice and Continuing Discrepancy.

On August 14, 2025, Appellant filed a Notice of Correction to Caption and Affirmation of Fairness" (Dkt. #41), notifying this Panel that the caption and party listing in this appeal were incomplete and did not accurately identify all parties, including the Archdiocese of Santa Fe ("ADSF"). Despite that notice, the docket and caption in this appeal continue to be styled as "Leroy Carrillo, Jr. v. Philip Montoya, et al." and do not identify ADSF as an appellee

2. Central Role of the Archdiocese of Santa Fe.
This appeal arises directly from the handling of Appellant's abuse-survivor award in the Archdiocese of Santa Fe bankruptcy and from the diversion and withholding of those funds. ADSF was a debtor-in-possession in that Chapter 11 and is a central actor and beneficiary of the conduct challenged in this appeal. To omit ADSF from the caption and party listing, while listing only the trustees and professionals, presents a distorted picture of who is truly at issue and who benefited from the alleged wrongdoing.

3. Effect of the Omission.
Appellant respectfully submits that the omission of ADSF as an appellee is not a harmless technical defect. It functions in practice to **shield the Church entity from visibility and accountability in this appeal,** while placing the focus only on the "machinery" (trustees and law firms) and not on the institution that ultimately benefited from the misappropriation and control of Appellant's award. This continues the same pattern of institutional protection that Appellant has experienced throughout these proceedings.

4. **Pro Se Status and No Waiver.**
To the extent any of Appellant's earlier pro se filings may have inconsistently listed parties in the caption, Appellant clarifies that there has never been any intent to waive claims or objections against ADSF. Any formatting or caption errors are a direct result of Appellant navigating complex and retraumatizing proceedings without counsel. Appellant has, at all times, identified ADSF by name in describing the harm and the misuse of his award.

5. **Reservation of Rights.**
Appellant expressly **reserves all rights** to raise this caption and party-identification issue, and the Panel's handling of it, in any further review, including but not limited to petitions for rehearing, petitions for writ of mandamus, judicial misconduct complaints, and any other appropriate proceedings.

**WHEREFORE**, Appellant respectfully requests that the Panel:
1. **Correct the caption and party listing** in this appeal to identify the Archdiocese of Santa Fe as an appellee, alongside the listed trustees, and professionals;
2. Confirm that all orders and future filings in this appeal use a **complete caption** that **includes the ADSF;** and
3. In the alternative, **state on the record** whether the Panel is intentionally declining to identify ADSF as an appellee, so that the issue is preserved for any further review.

Respectfully submitted,

Dated: 11/ 24/2025


Leroy Carrillo, Jr.
Appellant, pro se
5739 Isleta Blvd SW
 Albuquerque, NM 87105
 Phone: 505-796-2071
 Email: [phyzekecontracting@gmail.com](mailto:phyzekecontracting@gmail.com)